DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VLADISLAV YAMPOLSKY,**
Appellant,

v.

**ALTIER JEWELERS, INC.,** a Florida corporation, and
**CUTLER ALTIER,**
Appellees.

No. 4D17-2302

[April 4, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 2013 CA 014148 AI.

Kenneth R. Noble of the Noble Law Firm, P.A., Boca Raton, and Jonathan Mann of Law Offices of Robin Bresky, Boca Raton, for appellant.

Richard P. McCusker Jr., Delray Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN, and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***